# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**978**

**CAF 10-01521**

PRESENT: SMITH, J.P., CENTRA, CARNI, GREEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF ANGEL L.H.
------------------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

MELISSA H., RESPONDENT,
AND MATTHEW H., RESPONDENT-APPELLANT.

---

MICHAEL J. SULLIVAN, FREDONIA, FOR RESPONDENT-APPELLANT.

JANE E. LOVE, MAYVILLE, FOR PETITIONER-RESPONDENT.

NANCY A. DIETZEN, ATTORNEY FOR THE CHILD, FREDONIA, FOR ANGEL L.H.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 18, 2010 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent Matthew H. had neglected his daughter.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Matter of Angel L.H.*, 85 AD3d 1637).

Entered:  September 30, 2011                     Patricia L. Morgan
                                                Clerk of the Court